**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN JOSE TAPIA ACERES,<br>Petitioner,<br>v.<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br>Respondents. | No. 5:26-cv-04475-MWC-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, the Magistrate Judge's Report and Recommendation, and Respondents' objections. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;
2. The Petition is granted as to Claim Two;
3. The Petition is denied as to Claim One;
4. The relief provided in the TRO and the PI shall be made permanent, namely, Respondents may not re-detain Petitioner without providing notice and a pre-deprivation hearing before a neutral adjudicator;

5. Judgment shall be entered consistent with this Order once such confirmation is received; and

6. The Court Clerk shall serve this order on all counsel or parties of record.

DATED: October 20, 2026

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE