JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

JUAN JOSE TAPIA ACERES,
Petitioner,
v.
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al,
Respondents.

No. 5:26-cv-04475-MWC-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted as to Claim Two. Respondents are permanently enjoined from re-detaining Petitioner without providing notice and a pre-deprivation hearing before a neutral adjudicator. The Clerk of Court is directed to close this case.

DATED: October 20, 2026

HON. MICHELLE WILLIAMS COURT
UNITED STATES MAGISTRATE JUDGE